■ J. C. PENNEY COMPANY, INC., Respondent, v 1700 BROADWAY COMPANY et al., Appellants, INTERNATIONAL BUSINESS MACHINES CORPORATION, Respondent.—Order, Supreme Court, New York County, entered on June 24, 1975, unanimously affirmed on opinion of Fine, J., at Special Term, and that the plaintiff-respondent and the defendant-respondent recover of the appellants one bill of $40 costs and disbursements of this appeal. Concur—Stevens, P. J., Kupferman, Lupiano, Lane and Lynch, JJ.

■ LEON RICH, Appellant, v ALEXANDER E. ROSENTHAL et al., Respondents.—Order, Supreme Court, New York County, entered on March 1, 1976, unanimously affirmed on opinion of Helman, J., at Special Term, without costs and without disbursements. Concur—Markewich, J. P., Murphy, Birns, Silverman and Capozzoli, JJ.

■ MARY L. VAN CAMP, Appellant, v LOUIS WEITZ, Respondent.—Order, Supreme Court, New York County, entered on March 17, 1976, and the judgment entered thereon on April 2, 1976, unanimously affirmed on the opinion of Tyler, J., at Special Term, without costs and without disbursements. Concur—Stevens, P. J., Markewich, Kupferman, Silverman and Lynch, JJ.

■ THOMAS J. COMISKEY et al., Appellants, v CITY OF NEW YORK et al., Respondents.—Judgment, Supreme Court, New York County, entered on June 24, 1976, unanimously affirmed for the reasons stated by Baer, J., at Special Term, without costs and without disbursements. Concur—Murphy, J. P., Capozzoli, Lane and Lynch, JJ.

■ MAX GOLDBERG, as Administrator of the Estate of CRAIG D. GOLDBERG, Deceased, Appellant, v CAMP MIKAN-RECRO et al., Respondents.—Order, Supreme Court, New York County, entered on March 30, 1976, and the judgment entered thereon on April 28, 1976, unanimously affirmed on the opinion of Hughes, J., at Special Term, without costs and without disbursements. Concur—Murphy, J. P., Birns, Capozzoli, Lane and Lynch, JJ.